**IT IS ORDERED as set forth below:**



**Date: October 9, 2013**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| MARIA ARACELI MENDOZA | ) | |
| | ) | CASE NO.: 09-64852-JRS |
| | ) | |
| DEBTOR. | ) | |

**ORDER**

HEARING HELD 9/26/13

This matter arose upon the Chapter 13 Trustee's Motion to Dismiss. Upon the call of the Court's calendar, the agreement to a payment arrangement with strict compliance was announced. Accordingly, it is hereby

ORDERED that commencing with the next plan payment due following the entry date of this order and continuing with strict compliance on each plan payment due date thereafter, for the life of plan, the regular Chapter 13 payments (as set forth in the confirmed plan) shall be remitted to the Chapter 13 Trustee. It is further

09-64852-JRS

ORDERED that should Debtor's plan payments be submitted late, the Trustee may submit a Supplemental Report recommending dismissal, and upon receipt of such a report, the Clerk of Court is hereby authorized and directed to enter an Order of Dismissal without additional notice or hearing.

The Clerk, U.S. Bankruptcy Court, is directed to serve a copy of this order upon Debtor, Debtor's attorney, and the Chapter 13 Trustee.

**[END OF DOCUMENT]**

Prepared and Presented by:

/s/William A. Bozarth

William A. Bozarth
Attorney for Chapter 13 Trustee
GA Bar No. 940530
260 Peachtree Street, NW, Suite 200
Atlanta, GA 30303

**09-64852-JRS**